IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS GRIMM,                  )
                               )
           Plaintiff,          )         8:11CV392
                               )
      v.                       )
                               )
WERNER CO.,                    )         ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to fie amended complaint (Filing No. 22). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 6, 2012, to file his amended complaint and defendant shall have twenty days from said filing in which to file a response.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court