IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS GRIMM,                    )
                                 )
               Plaintiff,        )          8:11CV392
                                 )
          v.                     )
                                 )
WERNER CO.,                      )            ORDER
                                 )
               Defendant.        )
_____  )
```

This matter is before the Court upon defendant's motion to extend progression schedule (Filing No. 53) and plaintiff's brief in opposition to defendant's motion to extend progression schedule (Filing No. 58).  After a telephone conference with counsel,

IT IS ORDERED that defendant's motion is granted to the extent that depositions of the parties' experts shall be taken on or before July 31, 2012.  The dates for the pretrial conference and the trial date remain unchanged.

DATED this 9th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court