IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS GRIMM,               )
                            )
          Plaintiff,        )       8:11CV392
                            )
     v.                     )
                            )
WERNER CO.,                 )       ORDER
                            )
          Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion in limine and Daubert motion (Filing No. 48) to exclude certain opinions of defendant's expert.  Since the filing of this motion, defendant has been granted additional discovery relevant to the expert's report and testimony.  Without the final report to evaluate, the Court cannot adequately address the merits of this motion at this time.  Any further or renewed objections will be addressed at trial.  Accordingly,

IT IS ORDERED that plaintiff's motion in limine is denied.

DATED this 17th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court