IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS GRIMM, | ) |
| | ) |
| Plaintiff, | )   8:11CV392 |
| | ) |
| V. | ) |
| | ) |
| WERNER CO., | )   ORDER |
| | ) |
| Defendant. | ) |

The parties have requested in pretrial conference one hour each for voir dire.  That request is denied.  The parties will be allowed fifteen (15) minutes per side after the Court has completed its questioning of the jurors.  If either party would like to propose questions for the Court to ask, they must be submitted no later than Friday, August 24th, 2012.

DATED this 21st day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court